**Electronically Filed**
**Supreme Court**
**SCWC-17-0000036**
**18-APR-2018**
**12:41 PM**

SCWC-17-0000036

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CARDELL CHARLES,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000036; CASE NO. 1DTA-14-05659)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee Cardell Charles's

application for writ of certiorari filed on March 9, 2018, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, April 18, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

